IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA BUCKLEY, | NO. CIV.S-06-0137 LKK DAD PS |
| Plaintiffs, | |
| v. | ORDER TO SHOW CAUSE |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

This action has been assigned to United States District Judge Lawrence K. Karlton and pursuant to Local Rule 72-302(c)(21) has been referred to Magistrate Judge Dale A. Drozd for all purposes encompassed by that provision.

This matter came before the court on May 12, 2006, at 11:00 a.m. for a Status (Pretrial Scheduling) Conference. There was no appearance on behalf of plaintiff, who is proceeding pro se. Bobbie J. Montoya appeared on behalf of defendant United States of America, who has been substituted in the place of Jagdeep Bal and Del Norte Health Center, who are no longer defendants and out of this case.

1

1  See 28 U.S.C. 2679(d)(1); United States v. Adams, 420 F.3d 1049, 1051
2  (9th Cir. 2005).  There was no appearance on behalf of defendant
3  Oroville Hospital, the only other remaining defendant in this
4  action.[1]

5       There is no indication in the court file that plaintiff has
6  completed service of process on defendant Oroville Hospital and
7  plaintiff has not filed a status report.  As noted, plaintiff also
8  failed to appear at the status conference despite having been served
9  with the order setting status conference.

10      Accordingly, plaintiff is hereby ordered to show cause in
11 writing within twenty (20) days why this case should not be dismissed
12 for failure to prosecute.  Failure to timely file the required
13 writing may result in the imposition of sanctions, including but not
14 limited to dismissal of this action.

15 DATED: May 12, 2006.

                    /s/ Dale A. Drozd
                    DALE A. DROZD
                    UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddad1\orders.prose\buckley0137.osc

---

[1] Defendant Walgreen's Pharmacy was dismissed from this action prior to its removal to federal court.

2