IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSICA BUCKLEY,  NO. CIV.S-06-0137 LKK DAD PS

    Plaintiffs,

  v.  FINDINGS AND RECOMMENDATIONS

UNITED STATES OF AMERICA, et al.,

    Defendants.
_____/

    By order filed May 15, 2006, the undersigned required plaintiff, who is proceeding pro se, to show cause in writing why this matter should not be dismissed for failure to prosecute. Plaintiff had previously failed to appear at the May 12, 2006, status (pretrial scheduling) conference and had also failed to file a status report as required by the court's order of January 26, 2006. As set forth in the order to show cause, there also was no indication in the record that plaintiff had completed service of process as to one of the defendants, even though the order setting status conference

/////

1

1  encouraged her to do so within sixty days of the filing of her
2  complaint.
3         The required time has expired and plaintiff has failed to
4  respond to the court's order to show cause.  Additionally, despite
5  more than four months having passed since the issuance of the order
6  setting status (pretrial scheduling) conference, there is still no
7  indication that plaintiff has effectuated service of process on all
8  defendants.
9         Although it appears from the docket that plaintiff's copy
10 of the order to show cause issued on May 15, 2006 was returned as
11 undeliverable, it is the plaintiff's responsibility to keep the court
12 apprised of her current address at all times.  Pursuant to Local Rule
13 83-182(f), service of documents at the record address of the party is
14 fully effective.
15        Accordingly, it is HEREBY RECOMMENDED that this matter be
16 dismissed without prejudice for failure to prosecute.[1]  See L.R. 11-
17 110; Fed. R. Civ. P. 41(b).
18        These findings and recommendations are submitted to the
19 United States District Judge assigned to the case, pursuant to the
20 provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being
21 served with these findings and recommendations, plaintiff may file
22 written objections with the court.  The document should be captioned
23 "Objections to Magistrate Judge's Findings and Recommendations."

---

[1] The order to show cause warned plaintiff that failure to comply with that order would result in a recommendation that this matter be dismissed.

1  Plaintiff is advised that failure to file objections within the
2  specified time may waive the right to appeal the district court's
3  order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
4  DATED: June 6, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddad1\orders.prose\buckley0137.f&r